IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Lesia P. Hollman, ) ) Plaintiff, ) ) vs. ) ) Commissioner of the Social Security ) Administration, ) ) Defendant. ) | C/A No.: 1:11-72-RMG-SVH  ORDER |

This matter comes before the court on Plaintiff's Response Brief filed October 19, 2011 [#34], in which Plaintiff indicates her confusion about whether an attorney is representing her in this Social Security appeal. Out of an abundance of caution, the court issues this order to clarify that no attorney has made an appearance in this case on behalf of Plaintiff. The court plans to consider all the filings submitted in the record in this case in issuing a Report and Recommendation for the District Judge's consideration. To the extent that Plaintiff's Response Brief may be liberally construed as requesting additional time in which to file a brief, the court permits Plaintiff until November 28, 2011 to file any additional briefing for the court's consideration. Should Plaintiff wish to not file an additional brief by November 28, 2011, the court will consider the records already submitted in its Report and Recommendation. After the court issues a Report and Recommendation, Plaintiff will have two weeks in which to file any objections she has to the findings and recommendations contained therein.

IT IS SO ORDERED.

October 25, 2011 Shiva V. Hodges
Florence, South Carolina United States Magistrate Judge